David E. Bower (SBN 119546)
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 202-7880
Email:  dbower@monteverdelaw.com

*Counsel for Lead Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ADIE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BLACK BOX CORPORATION, JOEL T. TRAMMELL, RICHARD L. CROUCH, CYNTHIA J. COMPARIN, RICHARD C. ELIAS, THOMAS G. GREIG, AND JOHN S. HELLER,<br><br>Defendants. | Civil Action No. 5:18-cv-02537-JGB-SHK<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Lead Plaintiff James Adie ("Plaintiff") voluntary dismisses without prejudice the above-titled action against Defendants.  Because this dismissal is being filed with the Court before service by Defendants of either an answer or a motion

1

for summary judgement, Plaintiff's dismissal of the Action is effective upon the filing of this notice. Each party hereto shall bear its own costs, fees, and expenses, including all attorney fees.

DATED: April 1, 2019

Respectfully submitted,

/s/ David E. Bower
David E. Bower SBN 119546
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 202-7880
Email: dbower@monteverdelaw.com

*Counsel for Lead Plaintiff*

**OF COUNSEL**

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880
Email: jmonteverde@monteverdelaw.com

*Counsel for Lead Plaintiff*